1  Amy B. Vandeveld, SBN 137904
   LAW OFFICES OF AMY B. VANDEVELD
2  1850 Fifth Avenue, Suite 22
   San Diego, California  92101
3  Telephone:  (619) 231-8883
   Facsimile:  (619) 231-8329
4
   Attorney for KAREL SPIKES
5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10

11 KAREL SPIKES,                        Case No.:07 CV 1197 DMS
                                        (WMc)
12          Plaintiff,
                                        **ORDER ON
13 vs.                                  MOTION/STIPULATION OF
                                        DISMISSAL**
14 PRO MEX AUTOMOTIVE et al.,
                                        [F.R.Civ.P. Rule 41
15          Defendants.                 (a)(1), (2)]

16

17     **IT IS HEREBY ORDERED,** that Magistrate Judge William McCurine

18 or any other Magistrate Judge appointed by the Court, shall

19 retain jurisdiction over all further proceedings in this matter

20 including, but not limited to, interpretation and enforcement of

21 the terms of the Settlement Agreement.  The terms of the

22 Settlement Agreement are hereby incorporated in this Order.

23     It is further ordered that the Complaint in USDC Case No. 07

24 CV 1197 DMS (WMc) is hereby dismissed in its entirety and with

25 prejudice.  The Parties shall each bear its, his or her own costs

26 and fees, except as otherwise set forth in the Settlement

27 Agreement, which is **incorporated herein by reference.**

28     **IT IS SO ORDERED.**

                             1

1  DATED:   January 23, 2008

2

3                                    HON. DANA M. SABRAW
                                     United States District Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28